

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-18-00134-CV

**IN INTEREST OF I.S.F.P., A CHILD,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 13-028
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

On June 6, 2018, appellant filed a motion for rehearing, requesting that we reinstate this appeal. Upon review, we ORDER the appellee to file in this court on or before July 25, 2018 a response to appellants' motion for rehearing.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court